

ALL COMMUNICATIONS SHOULD BE ADDRESSED TO THE
CLERK OF COURTS

# Bristol County Superior Court
OFFICE OF THE CLERK/MAGISTRATE
441 COUNTY STREET
NEW BEDFORD, MASSACHUSETTS 02740

MARC J. SANTOS, ESQ.
CLERK OF COURTS

TAUNTON TEL.: 508-823-6588
FALL RIVER TEL.: 508-491-3310
NEW BEDFORD TEL.: 508-996-2051

May 21, 2020

Martha C. Gaythwaite, Esq.
Verrill Dana, LLP
One Portland Square
Portland, ME 04101

RE: **LEONARD CATABIA, JR., ET ALS   vs   DEERE & COMPANY**
Lower Court Docket No.: 2073CV00152C
U.S. District Court Case: 1:20-cv-10955-RWZ

Attorney Gaythwaite:

Please be advised that the above entitled case was removed from the Bristol County Superior Court on May 21, 2020.

Enclosed please find attested copies of all documents relative to the above captioned matter. If you should have any questions and/or concerns, please contact the Bristol County Superior Court Clerk's Office.

Very truly yours,

Marc J. Santos, Esq.
Clerk/Magistrate

MJS/ns

Enclosures

ASSISTANT CLERKS

| VALERIE A. BRODEUR, ESQ. | MARK A. FERRIERA, ESQ. | JENNIFER A. SULLIVAN, ESQ. |
| ASSISTANT CLERK - CRIMINAL | JOSEPH T. VINCENT, JR., ESQ. | GARRETT R. FREGAULT, ESQ. |
| ERIN J. TIERNEY, ESQ. | JOHN F. LOSOWSKI | AARON T. STROJNY, ESQ. |



# COMMONWEALTH OF MASSACHUSETTS
## BRISTOL COUNTY
### Docket Report

## 2073CV00152 Catabia, Jr., Leonard et al vs. Deere & Company

| | |
|---|---|
| **CASE TYPE:** Torts | **FILE DATE:** 02/26/2020 |
| **ACTION CODE:** B05 | **CASE TRACK:** A - Average |
| **DESCRIPTION:** Products Liability | |
| **CASE DISPOSITION DATE** 05/18/2020 | **CASE STATUS:** Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE:** 05/18/2020 |
| **CASE JUDGE:** | **CASE SESSION:** Civil C (Taunton) |

### PARTIES

**Plaintiff**
Catabia, Christine
503 Stevens Road
Swansea, MA 02777

**Private Counsel** 553290
Joseph P McKenna
Segal Roitman, LLP
Segal Roitman, LLP
33 Harrison Ave 7 Floor
Boston, MA 02111
Work Phone (617) 742-0208
Added Date: 02/26/2020

**Private Counsel** 547188
Kathryn Selleck Shea
Segal Roitman, LLP
Segal Roitman, LLP
33 Harrison Ave
Seventh Floor
Boston, MA 02111
Work Phone (617) 603-1417
Added Date: 02/26/2020

**Plaintiff**
Catabia, Jr., Leonard
503 Stevens Road
Swansea, MA 02777

**Private Counsel** 553290
Joseph P McKenna
Segal Roitman, LLP
Segal Roitman, LLP
33 Harrison Ave 7 Floor
Boston, MA 02111
Work Phone (617) 742-0208
Added Date: 02/26/2020

**Private Counsel** 547188
Kathryn Selleck Shea
Segal Roitman, LLP
Segal Roitman, LLP
33 Harrison Ave
Seventh Floor
Boston, MA 02111
Work Phone (617) 603-1417
Added Date: 02/26/2020

# COMMONWEALTH OF MASSACHUSETTS
## BRISTOL COUNTY
### Docket Report

| | |
|---|---|
| **Plaintiff**<br>Catabia, III, Leonard<br>503 Stevens Road<br>Swansea, MA 02777 | **Private Counsel** 553290<br>Joseph P McKenna<br>Segal Roitman, LLP<br>Segal Roitman, LLP<br>33 Harrison Ave 7 Floor<br>Boston, MA 02111<br>Work Phone (617) 742-0208<br>Added Date: 02/26/2020 |
| | **Private Counsel** 547188<br>Kathryn Selleck Shea<br>Segal Roitman, LLP<br>Segal Roitman, LLP<br>33 Harrison Ave<br>Seventh Floor<br>Boston, MA 02111<br>Work Phone (617) 603-1417<br>Added Date: 02/26/2020 |
| **Defendant**<br>Deere & Company<br>CT Corporation System<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110 | **Private Counsel** 187650<br>Martha C Gaythwaite<br>Verrill Dana<br>Verrill Dana<br>One Portland Square<br>Portland, ME 04112-0586<br>Work Phone (207) 774-4000<br>Added Date: 05/18/2020 |
| | **Private Counsel** 679631<br>Marie Mueller<br>Verrill Dana LLP<br>Verrill Dana LLP<br>PO Box 586 One Portland Sq<br>Portland, ME 04112-0586<br>Work Phone (207) 774-4000<br>Added Date: 05/18/2020 |

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 02/26/2020 | Civil Filing Fee (per Plaintiff)<br>Receipt: 23706 Date: 03/09/2020 | 720.00 | 720.00 | 0.00 | 0.00 |
| 02/26/2020 | Civil Surcharge (G.L. c. 262, § 4C)<br>Receipt: 23706 Date: 03/09/2020 | 15.00 | 15.00 | 0.00 | 0.00 |
| 02/26/2020 | Civil Security Fee (G.L. c. 262, § 4A)<br>Receipt: 23706 Date: 03/09/2020 | 20.00 | 20.00 | 0.00 | 0.00 |
| 02/26/2020 | Fee for Blank Summons or Writ<br>(except Writ of Habeas Corpus) MGL<br>262 sec 4b Receipt: 23706 Date:<br>03/09/2020 | 5.00 | 5.00 | 0.00 | 0.00 |
| | **Total** | **760.00** | **760.00** | **0.00** | **0.00** |

**COMMONWEALTH OF MASSACHUSETTS**
**BRISTOL COUNTY**
Docket Report

| | | INFORMATIONAL DOCKET ENTRIES | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 02/26/2020 | | Attorney appearance<br>On this date Joseph P McKenna, Jr., Esq. added as Private Counsel for Plaintiff Leonard Catabia, Jr. | |
| 02/26/2020 | | Attorney appearance<br>On this date Kathryn Selleck Shea, Esq. added as Private Counsel for Plaintiff Leonard Catabia, Jr. | |
| 02/26/2020 | | Attorney appearance<br>On this date Joseph P McKenna, Jr., Esq. added as Private Counsel for Plaintiff Christine Catabia | |
| 02/26/2020 | | Attorney appearance<br>On this date Kathryn Selleck Shea, Esq. added as Private Counsel for Plaintiff Christine Catabia | |
| 02/26/2020 | | Attorney appearance<br>On this date Joseph P McKenna, Jr., Esq. added as Private Counsel for Plaintiff Leonard Catabia, III | |
| 02/26/2020 | | Attorney appearance<br>On this date Kathryn Selleck Shea, Esq. added as Private Counsel for Plaintiff Leonard Catabia, III | |
| 02/26/2020 | | Early Case Management Conference Pilot Program. | |
| 02/26/2020 | | Case assigned to:<br>DCM Track A - Average was added on 02/26/2020 | |
| 02/26/2020 | 1 | Original civil complaint filed. | |
| 02/26/2020 | 2 | Civil action cover sheet filed. | |
| 02/26/2020 | | Demand for jury trial entered. | |
| 03/25/2020 | | One Trial case reviewed by Clerk, case to remain in the Superior Court.<br><br>Judge: Vincent, Joseph T | Vincent |
| 04/27/2020 | 3 | Service Returned for<br>Defendant Deere & Company: Service through Ross Depina person in charge / agent; | |
| 05/18/2020 | | Attorney appearance<br>On this date Martha C Gaythwaite, Esq. added as Private Counsel for Defendant Deere & Company | |
| 05/18/2020 | | Attorney appearance<br>On this date Marie Mueller, Esq. added as Private Counsel for Defendant Deere & Company | |
| 05/18/2020 | 4 | Notice of Removal to the United States District Court filed by<br><br>Applies To: Deere & Company (Defendant) | |
| 05/18/2020 | | Case transferred to another court. | |

A True Copy By Photostatic Process
Attest:

Clerk of Courts

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2073CV00152 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Catabia, Jr., Leonard et al vs. Deere & Company | | Marc J. Santos, Clerk of Court Bristol County |
| TO: File Copy | | COURT NAME & ADDRESS Bristol County Superior Court - Taunton 9 Court Street, Rm 13 Taunton, MA 02780 |

## TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                         DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/26/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 06/25/2020 | |
| All motions under MRCP 12, 19, and 20 | 06/25/2020 | 07/27/2020 | 08/24/2020 |
| All motions under MRCP 15 | 04/21/2021 | 05/21/2021 | 05/21/2021 |
| All discovery requests **and depositions** served and non-expert depositions completed | 02/15/2022 | | |
| All motions under MRCP 56 | 03/17/2022 | 04/18/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 08/15/2022 |
| Case shall be resolved and judgment shall issue by | | | 02/27/2023 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED 02/26/2020 | ASSISTANT CLERK Garrett Fregault | A True Copy By Photostatic Process Attest: | PHONE (508)823-6588 |
|---|---|---|---|

Date/Time Printed: 02-26-2020 11:53:24

Clerk of Courts

SCV026\ 08/2018

#1

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                    SUPERIOR COURT DEPARTMENT OF
                                                THE TRIAL COURT

                                                BRISTOL SS SUPERIOR COURT
                                                        FILED

LEONARD CATABIA, JR., CHRISTINE         )
CATABIA, and LEONARD CATABIA, III       )       FEB 26 2020
    Plaintiffs,                         )
                                        )       MARC J SANTOS, ESQ.
                                        )       CLERK/MAGISTRATE
    v.                                  )       C.A. No. 2073CV00155C
                                        )
                                        )
DEERE & COMPANY,                        )
    Defendant.                          )
                                        )

## COMPLAINT AND DEMAND FOR JURY TRIAL

### Introduction

1.  This is an action by Leonard Catabia, Jr., an operating engineer who was operating a John Deere backhoe on October 31, 2017 when the backhoe seat blew backwards, becoming detached from the floor of the backhoe, causing severe injuries to Mr. Catabia. Mr. Catabia brings this action against Deere & Company, the maker of the John Deere backhoe, for breach of the implied warranty of merchantability for design and manufacturing defects in the backhoe, and for negligence resulting in severed injuries as described herein. This is an action by Mr. Catabia's wife and son for loss of consortium.

### The Parties

2.  Leonard Catabia, Jr. resides with his wife Christine Catabia and his son Leonard Catabia III in Swansea, Massachusetts.

3.  The defendant Deere & Company is a foreign corporation organized under Delaware law, with a principal place of business at One John Deere Place, Moline, Illinois 61265. Its resident agent for service of process in Massachusetts is CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110. Deere & Company regularly does and solicits

business and engages in other persistent courses of conduct and derives substantial revenue from goods used or consumed or services rendered in this Commonwealth.

## Jurisdiction

4.      This Court has personal jurisdiction over the defendant pursuant to G.L. c. 223A, §3, as the defendant regularly does business in the Commonwealth.

5.      Venue is proper under M.G.L. c. 223, §1 because the Catabia family resides within the County of Bristol, Commonwealth of Massachusetts.

## Facts

6.      Mr. Catabia worked as an operating engineer for approximately 20 years prior to the accident that gives rise to this action. On or about October 31, 2017, Mr. Catabia was working for his employer K.R. Rezendes, Inc. operating a John Deere backhoe when the seat of the backhoe blew backwards, becoming detached from the floor of the machine and injuring Mr. Catabia.

7.      John Deere backhoes are designed and manufactured by the defendant Deere & Company (hereinafter "Deere"). On information and belief, the design and the manufacture of the backhoe were defective and resulted in an unreasonably dangerous product.

8.      Upon information and belief, the defendant was aware of the danger presented by the improper design and manufacture of the backhoe and its carelessness and negligence proximately caused Mr. Catabia's injuries.

9.      As the designer and manufacturer of the backhoe, Deere had a responsibility to ensure that the backhoe was not unreasonably dangerous to users such as Mr. Catabia. Deere breached its implied warranty of merchantability. By designing and/or manufacturing a defective backhoe, Deere proximately caused Mr. Catabia's injuries.

10.  As a result of the breach of warranty, liability for defective product, negligence and carelessness of the defendant Deere, Mr. Catabia was caused to sustain severe personal injuries, has been totally disabled from his job as an operating engineer, has incurred substantial expenses for his medical care and attendance, and has suffered loss of wages and benefits as well as future earnings.

11.  Mr. Catabia's injuries include but are not limited to: closed head injury with short term memory loss and debilitating headaches, impingement of the cervical spine, and injury to Mr. Catabia's dominant right shoulder. The injuries to his head and neck have been treated conservatively. Injuries to the shoulder were addressed surgically including a subacromial decompression, a distal clavicle excision, and a biceps tendinosis. Such measures have not been successful in restoring Mr. Catabia to health or enabling him to work in any capacity. Given the nature of his injuries, the loss of his future earnings is both total and permanent as Ms. Catabia appears to have reached maximum medical improvement.

12.  As a result of the breach of warranty, liability for defective product, negligence and carelessness of the defendant Deere, Mr. Catabia's wife Christine Catabia has suffered the loss of consortium of her husband.

13. As a result of the breach of warranty, liability for defective product, negligence and carelessness of the defendant Deere, Mr. Catabia's son Leonard has suffered the loss of consortium of his father.

### First Cause of Action

14.  The plaintiff Leonard Catabia, Jr. incorporates herein by reference paragraphs 1 through 13 above.

15.     Defendant Deere & Company is liable to the plaintiff Leonard Catabia, Jr. for its breach of the implied warranty of merchantability for the defective design and/or manufacture of the backhoe, which caused Mr. Catabia to sustain severe personal injuries.

## Second Cause of Action

16.     The plaintiff Leonard Catabia, Jr. incorporates herein by reference paragraphs 1 through 15 above.

17.     Defendant Deere & Company is liable to the plaintiff Leonard Catabia, Jr. for negligence resulting in severe personal injuries to Mr. Catabia.

## Third Cause of Action

18.     The plaintiff Christine Catabia incorporates herein by reference paragraphs 1 through 17 above.

19.     This is an action by the plaintiff Christine Catabia against defendant Deere & Company for loss of consortium.

## Fourth Cause of Action

20.     The plaintiff Leonard Catabia, III incorporates herein by reference paragraphs 1 through 19 above.

21.     This is an action by the plaintiff Leonard Catabia III against defendant Deere & Company for loss of consortium.

## Prayer for Judgment

WHEREFORE, the plaintiffs Leonard Catabia, Jr., Christine Catabia, and Leonard Catabia III respectfully pray for judgment as follows:

A.      Against defendant Deere & Company in the amount of the plaintiff Leonard Catabia, Jr.'s damages, with interest and costs;

B. Against defendant Deere & Company in the amount of the plaintiff Christine Catabia's damages, with interest and costs;

C. Against defendant Deere & Company in the amount of the plaintiff Leonard Catabia III's damages, with interest and costs; and

D. For such other and further relief as the Court deems just and proper.

<u>Jury Claim</u>

The plaintiffs hereby claim a jury trial on all issues so triable.

> LEONARD CATABIA, JR.
> CHRISTINE CATABIA
> LEONARD CATABIA III,
>
> By their attorneys,
>
> _____
> Joseph P. McKenna, Jr.
> BBO # 553290
> Kathryn S. Shea
> BBO # 547188
> Segal, Roitman, LLP
> 33 Harrison Ave. 7th Floor
> Boston, MA  02111
> (617) 603-1417
> kshea@segalroitman.com
> jpmlaw@me.com

Dated: February 25, 2020

A True Copy By Photostatic Process
Attest: _____
Clerk of Courts

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2073CV00152 C | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): Leonard Catabia, Jr., Christine Catabia, Leonard Catabia, III | COUNTY Bristol |
|---|---|
| ADDRESS: 503 Stevens Road, Swansea, MA 02777 | |
| | DEFENDANT(S): Deere & Company |

BRISTOL, SS SUPERIOR COURT FILED FEB 2 6 2020 MARC J SANTOS, ESQ. CLERK/MAGISTRATE

| ATTORNEY: Joseph P. McKenna, Kathryn S. Shea | |
|---|---|
| ADDRESS: Segal Roitman, LLP | ADDRESS: CT Corporation System |
| 33 Harrison Avenue, 7th Floor, Boston, MA 02111 | 155 Federal Street, Suite 700 Boston, MA 021110 |
| BBO: 553290, 547188 | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B05 | Products Liability | A | ☒ YES ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ................................................................. $ 25,000 est.
 2. Total doctor expenses .................................................................. $
 3. Total chiropractic expenses ........................................................... $
 4. Total physical therapy expenses ..................................................... $
 5. Total other expenses (describe below) ............................................. $
  Subtotal (A): $

B. Documented lost wages and compensation to date ............................... $ 260,000 est.
C. Documented property damages to dated ............................................ $
D. Reasonably anticipated future medical and hospital expenses ................. $ 5,000
E. Reasonably anticipated lost wages ................................................... $ 1,800,000 est.
F. Other documented items of damages (describe below) ......................... $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Closed head injury, cervical spine implantment, and injury to right shoulder including a subcramial decompression, distal clavicle excision and biceps tendunosis

TOTAL (A-F): $ 1,790,000

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
Plaintiff is permanently disabled. His wife and son have loss of consortium claims

TOTAL: $ 1,790,000 est.

Signature of Attorney/Pro Se Plaintiff: X /s/ JPMcK   Date: Feb 25, 2020

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X /s/ JPMcK   Date: Feb 25, 2020

A True Copy By Photostatic Process
Attest: _____
Clerk of Courts

#3

# Commonwealth of Massachusetts

BRISTOL, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2073-CV-00152-C

Leonard Catabia Jr, et al PLAINTIFF(S),

v.

Deere + Company, DEFENDANT(S)

BRISTOL. SS SUPERIOR COURT
FILED

APR 27 2020

MARC J SANTOS, ESQ.
CLERK/MAGISTRATE

## SUMMONS

THIS SUMMONS IS DIRECTED TO __Deere + Company__ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Bristol Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court, _____ (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _____.

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

A True Copy By Photostatic Process
Attest: _____

Clerk of Courts

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20___. (SEAL)

Marc J. Santos
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999
*Suffolk, ss.*

April 16, 2020

I hereby certify and return that on 4/16/2020 at 9:00 AM I served a true and attested copy of the Summons, Complaint, Demand for Jury and Tracking Order in this action in the following manner: To wit, by delivering in hand to Ross Depina, agent and person in charge at the time of service for Deere & Company, at 155 Federal Street Suite 700-CT Corporation System Boston, MA 02110. Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($17.92) Total: $54.22

Deputy Sheriff    Joseph Casey

_____
Deputy Sheriff

ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

#4

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                           CIVIL ACTION NO. 2073-CV-00152 C

| | |
|---|---|
| LEONARD CATABIA, JR., CHRISTINE CATABIA and LEONARD CATABIA, III, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DEERE & COMPANY, | ) ) ) |
| Defendant. | ) |

BRISTOL SS SUPERIOR COURT
FILED
MAY 18 2020
MARC J SANTOS, ESQ.
CLERK/MAGISTRATE

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Clerk's Office
      Bristol County Superior Court
      9 Court Street
      Taunton, MA 02780

      Joseph P. McKenna, Jr.
      Segal, Roitman, LLP
      33 Harrison Ave, 7th Floor
      Boston, MA 02111

Please take notice that on May 18, 2020, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Deere & Company filed in the office of the Clerk of the United States District Court for the District of Massachusetts, a Notice of Removal, a copy of which is annexed hereto, to have this matter removed from the Bristol County Superior Court.

Dated: May 18, 2020

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD CATABIA, JR., CHRISTINE CATABIA and LEONARD CATABIA, III, <br><br> Plaintiffs, <br><br> v. <br><br> DEERE & COMPANY, <br><br> Defendant. | **JURY TRIAL DEMANDED** <br><br> Certified to be a true and correct copy of the original <br> Robert M. Farrell, Clerk <br> U. S. District Court <br> District of Massachusetts <br> By: _____ <br> Deputy Clerk <br> Date: 05/19/2020 |

### VERIFIED NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 *et seq.*, Defendant Deere & Company, Inc. (hereinafter "Deere") hereby give notice of removal of the above-captioned action from the Bristol County Superior Court, Civil Docket # 2073-CV-00152, to the United States District Court for the District of Massachusetts. In support hereof, Deere states as follows:

1. This action was commenced by Plaintiffs in the Massachusetts Superior Court, Bristol County, and is now pending in that Court.

2. In their Complaint, Plaintiffs seek damages for claims of negligence and breach of warranty.

3. Deere was served with Plaintiffs' Complaint on April 16, 2020.

4. Copies of all process, pleadings, and orders served upon or by Deere are attached in accordance with 28 U.S.C. § 1446(a) as Exhibit A.

### A.   DIVERSITY OF CITIZENSHIP

5. Plaintiffs' Complaint alleges that Plaintiffs are residents of Swansea, Massachusetts.

6. Deere is, and was at the time Plaintiffs' Complaint was filed, a Delaware corporation with a principal place of business in Moline, Illinois.

7. Accordingly, this action falls under the grant of diversity jurisdiction for actions between citizens of different states. 28 U.S.C. § 1332(a)(1).

**B. AMOUNT IN CONTROVERSY**

8. Plaintiffs' Complaint evidences that the amount in controversy exceeds $75,000.00, exclusive of interests and costs. 28 U.S.C. § 1332(a).

9. Plaintiffs' Complaint alleges severe personal injuries, including a closed head injury, and the inability to work.

**C. PROCEDURAL COMPLIANCE**

10. Deere is filing this Notice of Removal within 30 days after being served with Plaintiffs' Summons and Complaint, in compliance with 28 U.S.C. § 1446(b).

11. Deere is serving written notice of this Notice of Removal upon Plaintiffs and is filing a copy of this Notice of Removal with the clerk of the Massachusetts Superior Court, Bristol County, in compliance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal, filed with the Bristol County Superior Court, is attached hereto as Exhibit B.

12. As set forth above, copies of all process, pleadings, and orders served upon or by Deere are attached in accordance with 28 U.S.C. § 1446(a) as Exhibit A. A verified copy of the Superior Court Docket, and all documents listed therein, will be filed with this Court.

**D. JURISDICTION/VENUE**

13. Based upon all of the foregoing, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this Notice of Removal is proper pursuant to 28 U.S.C. § 1441, *et seq.*

14. Venue is proper in this Court as it is the District Court for the district embracing the place where such action is pending. 28 U.S.C. § 1441(a) *et seq.*

Wherefore, Deere requests that this action be removed from Massachusetts Superior Court, Bristol County, to the United States District Court for the District Court of Massachusetts.

**DEFENDANT DEERE HEREBY DEMANDS A JURY TRIAL.**

Dated in Portland, Maine this 18th day of May, 2020.

/s/ Martha C. Gaythwaite
Martha C. Gaythwaite, Bar # 187650
Verrill Dana, LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112
mgaythwaite@verrill-law.com
(207) 774-4000
Counsel for Deere & Company, Inc.

## VERIFICATION

I hereby certify that I have read the statements contained in this pleading and that, upon information and belief, such statements are true and accurate.

/s/ Martha C. Gaythwaite

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020 I filed the Notice of Removal with the Clerk of Court by PACER/ECF filing and mailed and e-mailed a copy to counsel for Plaintiffs.

/s/ Martha C. Gaythwaite