# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD CATABIA, JR., CHRISTINE CATABIA and LEONARD CATABIA, III, | ) ) ) |
| Plaintiffs, | ) **C.A. NO. 1:20-CV-10955** |
| v. | ) ) **STIPULATION OF** |
| DEERE & COMPANY, | ) **DISMISSAL** ) **(Without Prejudice)** |
| Defendant. | ) ) |

NOW COME Plaintiffs Leonard Catabia, Jr., Christine Catabia, and Leonard Catabia, III, by and through their undersigned counsel, and Defendant Deere & Company, by and through undersigned counsel, and hereby dismiss all claims in the above-captioned action without prejudice and without costs pursuant to F.R.Civ.P. 41(a)(1).

Dated this 29th day of September, 2020.

/s/ Joseph P. McKenna, Jr.
Joseph P. McKenna, Jr., Esq. BBO 553290
Segal Roitman, LLP
33 Harrison Ave, 7th Floor
Boston, MA 02111
(617) 742-0208
Jpmlaw@me.com
Attorney for Plaintiffs

/s/ Martha C. Gaythwaite, Esq.
Martha C. Gaythwaite, Esq., BBO 187650
Verrill Dana, LLP
One Portland Square
Portland, ME 04112
(207) 774-4000
mgaythwaite@verrilldana.com
Attorney for Deere & Company

14040006_1